UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN SCOTT CLAUSEN,

Plaintiff,

v.

JOHN W. HENLEY, et al.,

Defendant.

Case No. 3:25-cv-00274-ART-CSD

ORDER

## I. DISCUSSION

On June 3, 2025, Plaintiff initiated this action with an application to proceed *in forma pauperis* in a habeas corpus action, together with a motion for appointment of counsel that references his attached writ of habeas corpus. (ECF Nos. 1, 1-1.) However, no petition for a writ of habeas corpus was filed in this case. Although it appears that Plaintiff was trying to initiate an action for a writ of habeas corpus, this case was inadvertently filed as a civil rights action.

Two days later, Plaintiff's petition for a writ of habeas corpus was filed in Case No. 3:25-cv-00283-MMD-CLB. The petition was filed without an application to proceed *in forma pauperis* or a motion for appointment of counsel. Plaintiff subsequently filed a petition to proceed *in forma pauperis*, as well as a motion for appointment of counsel, in Case No. 3:25-cv-00283-MMD-CLB, and both requests were granted. That case remains ongoing.

Thus, it appears that Plaintiff's initiating documents were inadvertently separated and filed in two cases. Compounding the error, this case was docketed as a prisoner civil rights action. Considering these apparent mistakes, as well as the fact that Plaintiff is currently proceeding with his petition for a writ of habeas corpus in Case No. 3:25-cv-00283-MMD-CLB, the Court intends to dismiss this case as inadvertently opened. However, if Plaintiff disagrees with the Court's

assessment of the situation, and he believes that this case should not be closed as inadvertently opened, the Court will give him 30 days to file an explanation of why this case should not be closed. The Court notes that closing this case will in no way impact his ongoing petition for a writ of habeas corpus in Case No. 3:25-cv-00283-MMD-CLB.

## II. CONCLUSION

It is therefore ordered that this case will be closed as inadvertently opened unless Plaintiff files a response by November 13, 2026, explaining why it should not be closed.

DATED THIS 14th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE