UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN SCOTT CLAUSEN,

Plaintiff,

v.

JOHN W. HENLEY, et al.,

Defendant.

Case No. 3:25-cv-00274-ART-CSD

ORDER

## I. DISCUSSION

On October 14, 2026, the Court issued an order noting that Plaintiff appears to have accidentally opened two duplicative cases when his initiating documents were inadvertently split between this case and Case No. 3:25-cv-00283-MMD-CLB. ECF No. 5. Because that case has already progressed, the Court informed Plaintiff that it intended to dismiss this case as inadvertently opened. The Court gave Plaintiff 30 days to respond in case he disagreed with the Court's assessment. Plaintiff has not filed any response to the Court's order.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Clerk of the Court is directed to close this case as inadvertently opened.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) and his motion for appointment of counsel (ECF No. 1-1) are denied as moot.

DATED THIS 23rd day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE